UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| LaJeff Lee-Percy Woodberry, | Case No. 18-46856 |
| Debtor. | Hon. Phillip J. Shefferly |
| _____/ | |
| Mark H. Shapiro, Chapter 7 Trustee for the bankruptcy estate of LaJeff Lee-Percy Woodberry, | Adversary Proceeding No. 18-4356-PJS |
| Plaintiff, | |
| v. | |
| Yumi Yoo Woodberry, | |
| Defendant. | |
| _____/ | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On September 9, 2020, the Court issued an Opinion Granting Plaintiff's Motion for Partial Summary Judgment ("Opinion") (ECF No. 165). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that:

A. Summary judgment is granted in favor of Plaintiff and against Defendant on Counts II, IV, and V of the Plaintiff's complaint.

B. The Quit Claim Deed from LaJeff Lee-Percy Woodberry to Yumi Yoo Woodberry recorded with the Wayne County Register of Deeds on February 16, 2018 at Liber 54223, Page 701, with respect to the following real property, is avoided:

> Lot 362, Golf Club Addition, as recorded in Liber 37, Page 1 of Plats, Wayne County Records.
> More commonly known as: 18283 Muirland Street, Detroit, Michigan
> Parcel ID Number: Ward 02, Item 003343

("Muirland Property").

C. The Muirland Property is recovered for and now titled to Mark H. Shapiro as Chapter 7 Trustee for the bankruptcy estate of LaJeff Lee-Percy Woodberry, case no. 18-46856.

D. This order may be recorded with the Wayne County Register of Deeds as evidence that the Muirland Property is titled solely in the name of Mark H. Shapiro as Chapter 7 Trustee for the bankruptcy estate of LaJeff Lee-Percy Woodberry, case no. 18-46856.

E. All federal, state, and local governmental agencies and departments must accept all filings necessary and appropriate to confirm that title to the Muirland

Property is solely in the name of Mark H. Shapiro, Chapter 7 Trustee for the bankruptcy estate of LaJeff Lee-Percy Woodberry, case no. 18-46856.

**Signed on September 10, 2020**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly
United States Bankruptcy Judge**